# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WHITE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01206-DAD-SAB<br><br>ORDER REQUIRING APPOINTMENT OF GUARDIAN AD LITEM<br><br>TEN DAY DEADLINE |

On September 4, 2018, Plaintiffs Anthony White, on his own and as guardian ad litem for two minors, A.W. and A.L.W., filed a complaint in this action. Pursuant to the Local Rules of the Eastern District of California, upon commencing this action on behalf of a minor, "the attorney representing the minor or incompetent person shall present (1) appropriate evidence of the appointment of a representative for the minor or incompetent person under state law or (2) a motion for the appointment of a guardian ad litem by the Court, or, (3) a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor . . . ." L.R. 202(a). Accordingly, IT IS HEREBY ORDERED that, within ten days from the date of entry of this order, Plaintiff's counsel shall file evidence that the representative has been appointed under state law or a motion for appointment of a guardian ad litem that comports with the requirements of Rule 202.

IT IS SO ORDERED.

Dated: **September 6, 2018**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1