UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WHITE, an individual; A.W. and A.L.W., minors, by and through their guardians,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; JOCELYN RENZI, an individual; ANGELA KELLEY, an individual; MELODY TRANTHAM, an individual; SALVADOR PEREZ, an individual; ANACANI ROCHA, an individual; MICHELLE SILVEIRA, an individual; TONYA LASTER; and DOES 1 through 10,<br><br>Defendants. | No. 1:18-cv-01206-DAD-SAB<br><br>ORDER APPOINTING GUARDIAN AD LITEM<br><br>(Doc. No. 6) |

On September 11, 2018, David Brooks filed a petition to be appointed guardian ad litem for plaintiffs A.W. and A.L.W. for purposes of this action. (Doc. No. 6.)

"District courts have a special duty, derived from Federal Rule of Civil Procedure 17(c), to safeguard the interests of litigants who are minors." *Robidoux v. Rosengren*, 638 F.3d 1177, 1181 (9th Cir. 2011). Rule 17 provides that "[t]he court must appoint a guardian ad litem—or issue another appropriate order—to protect a minor or incompetent person who is unrepresented in an action." Fed. R. Civ. P. 17(c)(2). Local Rule 202(a) of this court further states, in pertinent part:

> Upon commencement of an action or upon initial appearance in defense of an action by or on behalf of a minor . . . the attorney representing the minor or incompetent person shall present . . . a motion for the appointment of a guardian ad litem by the Court, or . . . a showing satisfactory to the Court that no such appointment is necessary to ensure adequate representation of the minor or incompetent person. See Fed. R. Civ. P. 17(c).

The decision to appoint a guardian ad litem "must normally be left to the sound discretion of the trial court." *United States v. 30.64 Acres of Land*, 795 F.2d 796, 804 (9th Cir. 1986).

David Brooks petitions the court to appoint him as guardian ad litem to plaintiffs A.W. and A.L.W., minors born in November 2011 and January 2008, respectively. (Doc. No. 6 at ¶ 1.) Mr. Brooks states that he is competent and responsible to represent and protect the interests of plaintiffs A.W. and A.L.W. (*Id.* at ¶ 5.) Mr. Brooks further provides that he is an attorney who serves as a child advocate in juvenile dependency cases, and has previously been appointed as guardian ad litem in state and federal court. (*Id.* at ¶ 6.)

Finding good cause, the court grants the petition (Doc. No. 6) and appoints David Brooks guardian ad litem of minor plaintiffs A.W. and A.L.W.

IT IS SO ORDERED.

Dated: **September 17, 2018**

_____
UNITED STATES DISTRICT JUDGE