# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WHITE, et al., | Case No. 1:18-cv-01206-DAD-SAB |
| Plaintiffs, | ORDER RE STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO COMPLAINT |
| v. | |
| COUNTY OF STANISLAUS, et al., | (ECF No. 10) |
| Defendants. | |

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Defendant County of Stanislaus shall file a responsive pleading on or before November 8, 2018.

IT IS SO ORDERED.

Dated: __**October 5, 2018**__

_____
UNITED STATES MAGISTRATE JUDGE

1