UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WHITE, an individual; A.W. and A.L.W., minors, by and through their guardians,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS; JOCELYN RENZI, an individual; ANGELA KELLEY, an individual; MELODY TRANTHAM, an individual; SALVADOR PEREZ, an individual; ANACANI ROCHA, an individual; MICHELLE SILVEIRA, an individual; TONYA LASTER; and DOES 1 through 10,<br><br>Defendants. | No. 1:18-cv-01206-DAD-SAB<br><br>ORDER STRIKING PLAINTIFFS' FIRST AMENDED COMPLAINT<br><br>(Doc. No. 21) |

Plaintiffs filed a complaint in this action on September 4, 2018. (Doc. No. 1.) On November 8, 2018, defendants filed a motion to dismiss plaintiffs' complaint. (Doc. No. 19.) On December 3, 2018, plaintiffs filed a first amended complaint ("FAC"). (Doc. No. 21.)

Federal Rule of Civil Procedure 15(a)(1)(B) provides, in relevant part, that "[a] party may amend its pleading once as a matter of course . . . 21 days after service of a motion under Rule 12(b)." Fed. R. Civ. P. 15(a)(1)(B). Here, defendants' motion to dismiss was filed on November 8, 2018. (Doc. No. 19.) If plaintiffs wished to file an amended complaint as a matter of course,

1

plaintiffs were required to do so by November 29, 2018.  The December 3, 2018 filing of the FAC therefore runs afoul of Rule 15 and the court will strike the FAC.  The court notes, however, that plaintiffs "may amend [their] pleading [] with the opposing party's consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).

The court further notes that, pursuant to Local Rule 230, plaintiffs' opposition or non-opposition to defendants' motion to dismiss was due on December 4, 2018.  To date, plaintiffs have not filed an opposition or non-opposition to defendants' motion to dismiss.  Any untimely opposition filed by plaintiffs should be accompanied by a stipulation of the parties permitting the untimely filing or, if a stipulation cannot be obtained, by an *ex parte* application to allow the untimely filing.  The court advises the parties to consult the Local Rules for additional guidance.  The court also directs asks plaintiffs' counsel to advise Courtroom Deputy Jami Thorp by email at JThorp@caed.uscourts.gov as to whether plaintiffs intend to file an opposition or statement of non-opposition to the defendants' motion to dismiss.

IT IS SO ORDERED.

Dated:   **December 5, 2018**

UNITED STATES DISTRICT JUDGE