# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WHITE, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>　　　　　Defendants. | Case No. 1:18-cv-01206-DAD-SAB<br><br>ORDER REQUIRING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF No. 25)<br><br>DEADLINE: JANUARY 14, 2019 |

On December 17, 2018, the parties filed a stipulation for Plaintiffs to file a first amended complaint but without a due date for filing the amended complaint. (ECF No. 24.) District Judge Dale A. Drozd granted the stipulation on this same date (ECF No. 25), however Plaintiffs have not filed the first amended complaint.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs shall file their first amended complaint on or before January 14, 2019.

IT IS SO ORDERED.

Dated: **January 11, 2019**

　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1