# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WHITE, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>    Defendants. | Case No. 1:18-cv-01206-DAD-SAB<br><br>ORDER DISREGARDING FIRST AMENDED COMPLAINT AND AMENDED DOCUMENT AND REQUIRING PLAINTIFF TO FILE FIRST AMENDED COMPLAINT<br><br>(ECF Nos. 28, 29, 30) |

Plaintiffs filed this action on September 4, 2018. (ECF No. 1.) On November 8, 2018, Defendants filed a motion to dismiss. (ECF No. 19.) On December 3, 2018, Plaintiffs filed a first amended complaint that was stricken from the record as untimely. (ECF Nos. 21, 22.) On December 17, 2018, Plaintiffs were granted leave to file a first amended complaint pursuant to a stipulation by the parties. (ECF Nos. 24, 25.) Plaintiffs did not file the amended complaint and on January 14, 2019, an order issued requiring Plaintiffs to file their first amended complaint. (ECF No. 27) Plaintiffs filed their first amended complaint that same day. (ECF No. 28.) On January 25, 2019, Plaintiffs filed a notice of withdrawal of their first amended complaint to file a corrected version and a first amended complaint. (ECF Nos. 29, 30.) However, when Plaintiffs filed the first amended complaint they selected the incorrect document entry and it appears on the docket as "Amended Document." Plaintiffs shall be required to refile the first amended complaint using the correct docket entry.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiffs' first amended complaint, filed January 14, 2019, is DISREGARDED;
2. Plaintiffs' first amended complaint, filed January 25, 2019, is DISREGARDED; and
3. Plaintiffs shall file their first amended complaint on or before January 29, 2019 using the correct docket entry.

IT IS SO ORDERED.

Dated: **January 28, 2019**

UNITED STATES MAGISTRATE JUDGE