UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY WHITE, an individual; A.W. and A.L.W., minors, by and through their guardian,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF STANISLAUS, et al.,<br><br>Defendants. | No. 1:18-cv-01206-DAD-SAB<br><br>ORDER GRANTING PARTIES' STIPULATION TO DISMISS ACTION WITHOUT PREJUDICE<br><br>(Doc. No. 51) |

On April 5, 2019, the parties filed a stipulation to dismiss this action without prejudice to its refiling. (Doc. No. 51.) Attached thereto is a declaration from plaintiffs' counsel averring that David Brooks, the guardian *ad litem* for the two minors in this action, A.W. and A.L.W., agrees on behalf of the minors that the facts and circumstances of this action justifies the dismissal of the action without prejudice. (Doc. No. 52-2 at 2.) Pursuant to the parties' stipulation, it is hereby ordered that this action is dismissed without prejudice. Defendants' pending motion to dismiss the first amended complaint (Doc. No. 34) and the assigned magistrate judge's pending findings

/////
/////
/////
/////

1

and recommendations (Doc. No. 49) are denied as having been rendered moot by this order. All pending deadlines and hearing dates are hereby vacated.

IT IS SO ORDERED.

Dated: **April 8, 2019**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE